# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| M.E.S., Inc. and Hirani Engineering & ) | ASBCA Nos. 56474, 56475, 56477 |
| Land Surveying, P.C., d/b/a ) | 56729, 56756, 56918 |
| Hirani-MES, JV ) | 56919, 56920 |
| ) | |
| Under Contract No. DACA51-03-C-0024 ) | |

APPEARANCES FOR THE APPELLANT:         Christopher M. Harris, Esq.
                                       Vivian Katsantonis, Esq.
                                         Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
                                         McLean, VA

APPEARANCES FOR THE GOVERNMENT:        Thomas H. Gourlay, Jr., Esq.
                                         Engineer Chief Trial Attorney
                                       Lorraine C. Lee, Esq.
                                         District Counsel
                                       H. Weston Miller, Esq.
                                         Assistant District Counsel
                                         U.S. Army Engineer District, New York

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 21 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 56474, 56475, 56477, 56729, 56756, 56918, 56919, 56920, Appeals of M.E.S., Inc. and Hirani Engineering & Land Surveying, P.C., d/b/a Hirani-MES, JV rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2